IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARION E. GILLIAM, | ) |
| Plaintiff, | ) Civil Action No. 2:17-cv-01576 |
| v. | ) |
| UNITED STATES STEEL CORPORATION | ) |
| Defendant. | ) |

## ORDER APPROVING
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Marion E. Gilliam, and defendant, United States Steel Corporation, through their respective undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all of plaintiff's claims, pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to bear his/its own attorney's fees, expenses and costs.

/s/ Kayla Drum
Kayla Drum, Esquire
PA ID No. 317764
kd@lalwkm.com
Blaire E. Patrick, Esquire
PA ID No. 318332
bp@lawkm.com
Kraemer, Manes & Associates LLC
U. S. Steel Tower
600 Grant Street, Suite 4875
Pittsburgh, PA 15219
Telephone: 412.626.5594
Facsimile: 412.637.0233

*Attorney for Marion E. Gilliam*

/s/ Samuel F. Reynolds, Jr.
Samuel F. Reynolds, Jr.
Pa. I.D. No. 42215
sfreynoldsjr@uss.com
Telephone: (412) 433-2832
Fax: (412) 433-2811

United States Steel Corporation
600 Grant Street, Room 1500
Pittsburgh, PA 15219

*Attorney for United States Steel Corporation*

AND NOW, this __31st__,
day of __July__, 20__18__,
IT IS SO ORDERED.

_Maureen P. Kelly_
UNITED STATES MAGISTRATE JUDGE